IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

DANE L. DUCKETT,                              )
                                             )
            Plaintiff,                       )      NO. 2:18-cv-00024
                                             )
      v.                                     )      JUDGE CRENSHAW/
                                             )      MAGISTRATE JUDGE BROWN
CASEY COX, Sheriff,                          )
TIM CLAFLIN, Jail Administrator,             )
JEFF SHELTON, Jail Medical Staff, and        )
RICHARD BUURMAN, M.D.                        )
                                             )
            Defendants.                      )

**ORDER**

The Plaintiff has filed a request for assistance in obtaining his medical records from the

Morgan County Correctional Facility (MCCX) where he is presently incarcerated. (DE 95) This

Motion is granted and the Warden of the MCCX is directed to provide the Plaintiff and Counsel

for the Defendants a copy of the Plaintiff's medical records while confined to a facility under the

control of the Tennessee Department of Corrections.  The Plaintiff has advised that the Custodian

of the Records at MCCX, Mrs. Burge, has advised a Court Order is required to release these

records.

The    address    of    the    Defendant's    counsel    is    **Robyn    Beale    Williams**

Farrar&Bates,LLP,-211SeventhAvenue,-NorthSuite500 Nashville, TN 37219

The Clerk will send a copy of this order to the Warden on MCCX at Wartburg.

SO, ORDERED.

/s/ Joe B. Brown_____
Joe B. Brown
United States Magistrate Judge