UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| DANE L. DUCKETT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:18-cv-00024 ) |
| CUMBERLAND COUNTY SHERIFF DEPARTMENT, et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER

Before the Court is a Report and Recommendation ("R&R") from the Magistrate Judge (Doc. No. 127) to which no timely objections have been filed. The R&R recommends that the Court deny Defendant Richard Buurman's Motion to Dismiss (Doc. No. 85). The Court has reviewed the R&R and agrees with its findings and conclusions.

Accordingly, the R&R (Doc. No. 127) is **APPROVED AND ADOPTED** and Buurman's Motion to Dismiss (Doc. No. 85) is **DENIED**.

The case is returned to the Magistrate Judge for appropriate case management.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE