UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| DANE L. DUCKETT, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 2:18-cv-00024 |
| CUMBERLAND COUNTY SHERIFF DEPARTMENT et al., | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 267) recommending that Defendants' motions for summary judgment be granted. (Doc. Nos. 234, 241). No objections to the R&R have been filed.

Even though review de novo is not required, the Court has nonetheless reviewed the R&R de novo and the record in accordance with Rule 72 of the Federal Rules of Civil Procedure. The Court agrees with the R&R, which is **APPROVED** and **ADOPTED**. Defendants' motions for summary judgment (Doc. Nos. 234, 241) are **GRANTED.** This case is **DISMISSSED WITH PREJUDICE**. This Order constitutes a final judgment pursuant to Federal Rule of Civil Procedure 58, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE